# EXHIBIT 1-
# Complaint

**Registration Number**

# VA 2-478-310

**Effective Date of Registration:**
January 21, 2026
**Registration Decision Date:**
January 26, 2026

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:**    September 09, 2024 to December 18, 2024

### Title _____

**Title of Group:** Cupshe Photographs 2024
**Number of Photographs in Group:** 5

### Completion/Publication _____

**Year of Completion:** 2024
**Earliest Publication Date in Group:** September 09, 2024
**Latest Publication Date in Group:** December 18, 2024
**Nation of First Publication:** United States

### Author _____

- **Author:** Nanjing Kapeixi Network Technology Co., Ltd.
  **Author Created:** photographs
  **Work made for hire:** Yes
  **Citizen of:** China

### Copyright Claimant _____

**Copyright Claimant:** Nanjing Kapeixi Network Technology Co., Ltd.
Room 802, 8th Floor, Block B, China Merchants High Speed Rail Plaza, No. 9
Jiangnan Road, Nanjing, 211000, China

### Certification _____

**Name:** Lanny Zhang
**Date:** January 20, 2026

**Correspondence:**  Yes

**Copyright Office notes:**  Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.











**Registration Number**

# VA 2-478-311

**Effective Date of Registration:**
January 21, 2026
**Registration Decision Date:**
January 26, 2026

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**    January 01, 2025 to September 17, 2025

### Title _____

**Title of Group:** Cupshe Photographs 2025
**Number of Photographs in Group:** 32

### Completion/Publication _____

**Year of Completion:** 2025
**Earliest Publication Date in Group:** January 01, 2025
**Latest Publication Date in Group:** September 17, 2025
**Nation of First Publication:** United States

### Author _____

- **Author:** Nanjing Kapeixi Network Technology Co., Ltd.
  **Author Created:** photographs
  **Work made for hire:** Yes
  **Citizen of:** China

### Copyright Claimant _____

**Copyright Claimant:** Nanjing Kapeixi Network Technology Co., Ltd.
Room 802, 8th Floor, Block B, China Merchants High Speed Rail Plaza, No. 9
Jiangnan Road, Nanjing, 211000, China

### Certification _____

**Name:** Lanny Zhang
**Date:** January 20, 2026

**Correspondence:**  Yes

**Copyright Office notes:**  Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.







































**Registration Number**

# VA 2-478-312

**Effective Date of Registration:**
January 21, 2026
**Registration Decision Date:**
January 26, 2026

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**    May 20, 2023 to December 15, 2023

### Title _____

**Title of Group:** Cupshe Photographs 2023
**Number of Photographs in Group:** 4

### Completion/Publication _____

**Year of Completion:** 2023
**Earliest Publication Date in Group:** May 20, 2023
**Latest Publication Date in Group:** December 15, 2023
**Nation of First Publication:** United States

### Author _____

- **Author:** Nanjing Kapeixi Network Technology Co., Ltd.
  **Author Created:** photographs
  **Work made for hire:** Yes
  **Citizen of:** China

### Copyright Claimant _____

**Copyright Claimant:** Nanjing Kapeixi Network Technology Co., Ltd.
Room 802, 8th Floor, Block B, China Merchants High Speed Rail Plaza, No. 9
Jiangnan Road, Nanjing, 211000

### Rights and Permissions _____

**Name:** Cupshe Legal
**Email:** legal@cupshe.com

**Address:** Room 802, 8th Floor, Block B, China Merchants High Speed Rail Plaza, No. 9
Jiangnan Road
Nanjing 211000

## Certification

**Name:** Lanny Zhang
**Date**: January 20, 2026

**Correspondence:** Yes
**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.







