# EXHIBIT 2 - Complaint